FILED
CLERK, U.S. DISTRICT COURT

December 10, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES-COVEY GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 5:19-cv-01228-SB-SHK<br><br>Order Granting<br>Stipulation to Dismiss Case |

The Court, having read and considered the parties' Stipulation to Dismiss Case By Reason of Settlement (Stipulation, ECF 23), ORDERS that:

　　　1.　　The Stipulation is in all respects APPROVED.

　　　2.　　This case is dismissed with prejudice.

　　　3.　　All pending scheduling dates are vacated.

　　　4.　　Each party shall bear its own costs and attorney's fees.

//
//
//
//

5. The Court shall retain jurisdiction over this case in order to enforce the terms of the parties' Stipulation Regarding Settlement Terms and Agreement Resolving Complaint.

**IT IS SO ORDERED.**

Dated: 12/9/2020

HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE